NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IN RE BROADCOM CORPORATION, QUALCOMM INCORPORATED, AND QUALCOMM ATHEROS, INC.,**
*Petitioners.*

---

Miscellaneous Docket No. 141

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 11-CV-0139, Chief Judge Leonard Davis.

---

**ON PETITION**

---

**ORDER**

Azure Networks, LLC and Tri-County Excelsior Foundation move without opposition for a 10-day extension of time to respond to the petition for a writ of mandamus.

Upon consideration thereof,

IT IS ORDERED THAT:

IN RE BROADCOM CORP                                                2

The motion is granted.  The respondents are directed to submit their responses no later than November 13, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s26